# Supreme Court of Texas

No. 21-1097

American Honda Motor Co., Inc.,
*Petitioner*,

v.

Sarah Milburn,
*Respondent*

On Petition for Review from the
Court of Appeals for the Fifth District of Texas

**JUDGMENT**

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record, briefs, and the arguments of counsel, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The court of appeals' judgment is reversed;

2) Judgment is rendered that Respondent take nothing; and

3) Respondent shall bear the costs incurred by Petitioner in this Court.

Copies of this judgment are certified to the Court of Appeals for the Fifth District and to the 116th District Court of Dallas County, Texas, for observance.

Opinion of the Court delivered by Justice Lehrmann, joined by Chief Justice Hecht, Justice Blacklock, Justice Busby, Justice Bland, Justice Huddle, and Justice Young

Concurring opinion filed by Justice Blacklock, joined by Justice Busby

Dissenting opinion filed by Justice Devine, joined by Justice Boyd

June 28, 2024

\*\*\*\*\*\*\*\*\*